

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2019

No. 04-19-00197-CR

Addie James **BATTEN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-2121-CR-C
Honorable Dwight E. Peschel, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on October 11, 2019.  The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to November 12, 2019, 2010.  On November 18, 2019, the appellant filed a motion requesting an additional extension of time to file the brief until December 9, 2019, for a total extension of almost sixty days.  The motion is GRANTED.  **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**.  The appellant's brief must be filed by December 9, 2019, or this appeal will be abated to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court